NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEE HOLLAND, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7198

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-1481, Judge Bruce E. Kasold.

---

**ON MOTION**

---

Before NEWMAN, LINN, and REYNA, *Circuit Judges.*

PER CURIAM.

## ORDER

Lee Holland, Jr. moves for reconsideration of this court's January 13, 2012 order dismissing his appeal as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**JUN 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lee Holland, Jr.
Joshua E. Kurland, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 0 7 2012**

**JAN HORBALY**
**CLERK**